ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
ZACHARY RAY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYDEN VIRGIL THOMAS,<br><br>Defendant. | CASE NO. 2:26-MJ-00142 CSK<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: October 9, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Sean C. Riordan |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Adrian T. Kinsella and Zachary Ray, and defendant Jayden Virgil Thomas, both individually and by and through his counsel of record, Assistant Federal Defender Robin Chang, hereby stipulate as follows:

1. The Complaint in this case was filed on September 24, 2026, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 25, 2026. The court set a preliminary hearing date of October 9, 2026.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to November 6, 2026, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between September 29, 2026, and November 6, 2026, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: September 29, 2026

ERIC GRANT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
ZACHARY RAY
Assistant United States Attorneys

Dated: September 29, 2026

/s/ ROBIN CHANG
ROBIN CHANG
Assistant Federal Defender
Counsel for Defendant
JAYDEN VIRGIL THOMAS

ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
ZACHARY RAY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAYDEN VIRGIL THOMAS,<br>Defendants. | CASE NO. 2:26-MJ-0121-SCR<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: September 29, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Sean C. Riordan |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on September 29, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to November 6, 2026, at 2:00 p.m.

2. The time between September 29, 2026, and November 6, 2026, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: September 30, 2026

The Honorable Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE